**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD JORDAN,** | ) NO. SACV 16-508-JAK-KS |
| **Petitioner,** | ) |
| v. | ) **JUDGMENT** |
| **D. ASCUNCION, Warden,** | ) |
| **Respondent.** | ) |
| _____ | ) |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: September 22, 2016

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE